UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| EMMA LAUGHLIN, | CIV. NO. 2:16-00702 WBS AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| HARWINDER BISLA, 7-11/SHELL, and ASR RESTAURANT AND LOUNGE, | |
| Defendants. | |

----oo0oo----

The defendants in this case, Harwinder Bisla, 7-11/Shell, and ASR Restaurant and Lounge, are appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Allison Claire, for all further proceedings consistent with the provisions of the rule.

IT IS SO ORDERED.

Dated: July 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1