UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, | No.  2:16-cv-0586 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| HARWINDER BISLA, et al., | |
| Defendants. | |
| ----------------------------------------------- | |
| EMMA LAUGHLIN , | No.  2:16-cv-0702 KJM CKD PS |
| Plaintiff, | |
| v. | |
| 7-11/SHELL, et al., | |
| Defendants. | |

A status conference was held before the undersigned on August 10, 2016.  Anthony Poidmore appeared for plaintiffs in both actions.  Defendant Bisla, proceeding pro se, failed to appear.  Upon review of the docket and status reports, upon discussion with counsel, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

/////

1

1. Named in these actions are three corporate defendants. It is well established that "a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993); see also In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994) (non-attorney members of partnership cannot appear on behalf of partnership). Accordingly, the answers filed improvidently on behalf of the corporations (no. 16-586 KJM CKD PS, ECF No. 6; no. 2:16-cv-0702 KJM CKD PS, ECF No. 7) are stricken. Insofar as the answers were filed on behalf of defendant Harwinder Bisla, the answers remain on the docket.

2. No later than September 9, 2016, the defendant corporations shall obtain counsel. Failure to obtain counsel will result in entry of default against the defendant corporations and may result in entry of default judgment.

3. In the joint status reports, the parties have consented in writing to proceed before the Magistrate Judge under 28 U.S.C. § 636(c). The Clerk of Court is directed to serve two copies of the consent form on defendant Bisla. No later than August 24, 2016, defendant Bisla shall fill out and sign the consent forms (one for each case) and file said forms with the Clerk of Court.

4. The parties shall make initial disclosures under Federal Rule of Civil Procedure 26 no later than September 7, 2016. Pending the court's receipt of signed consent forms, the court will defer issuing a scheduling order at this time.

Dated: August 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 frisella0586.oas